# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:16cr25/MCR/HTC
        3:18cv2220/MCR/HTC

DEANGELO ROME

_____/

## O R D E R

The magistrate judge issued a Report and Recommendation on March 16, 2021. ECF No. 81. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 81, is adopted and incorporated by reference in this Order.

2.   A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of July 2021.


        s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**